**Aaron Little FRENCH, Plaintiff— Appellant,**

v.

**James SMITH, individual capacity; Gary Hornbaker, individual capacity; Richard Graham, individual capacity; John Rowley, official & individual capacity; J. Michael Stouffer, official & individual capacity, Defendants—Appellees.**

No. 12–6676.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 27, 2012.

Aaron Little French, Appellant Pro Se. Nichole Cherie Gatewood, Office of the

**880**

Attorney General of Maryland, Baltimore, MD, for Appellees.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Little French appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *French v. Smith,* No. 1:08–cv–03476–CCB, 2012 WL 831881 (D.Md. Mar. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*